**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 10, 2018.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00288-CV

---

### PINTAIL LANDFILL, LLC, Appellant

### V.

### TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; RICHARD A. HYDE, P.E., IN HIS OFFICIAL CAPACITY AS TCEQ EXECUTIVE DIRECTOR; AND CITIZENS AGAINST THE LANDFILL IN HEMPSTEAD, Appellees

**On Appeal from the 126th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-16-006192**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 23, 2018. On June 25, 2018, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Busby.